# EXHIBIT 2



SUPPORT US

NEWS

# San Antonio-based DeLorean Motors Reimagined has shuttered its headquarters

The move comes after the company failed to meet hiring goals needed to secure incentives from city and county officials.

by **Michael Karlis**
April 22, 2024



DeLorean told city officials that it plans to hire 450 people by 2026. However, executives admit they're far from reaching that goal.

Credit: Courtesy Photo / DeLorean Motor Co.

San Antonio-based DeLorean Motors Reimagined — the startup that made headline-grabbing promises to bring back the '80s sports car featured in the *Back to the Future* film franchise as an electric vehicle — has shuttered its headquarters operation.

The signage at DeLorean's building at Port San Antonio had been taken down as of a Monday morning visit, and the company's offices appeared abandoned. What's more, both phone numbers listed on **DeLorean's website** have been disconnected.

The *Current* reached out to DeLorean Chief Brand Officer Cameron Wynne, Chief Financial Officer Dean G. Hull and Chief Technology Officer Ben Marquart via company email addresses but got no response by press time.

The shutdown is the latest twist for the EV start-up that grabbed international attention by promising to resurrect one of the 1980s most iconic vehicles. In early 2022, DeLorean officials announced plans to relocate to San Antonio, pledging to create hundreds of high-paying jobs, and at one point even touted plans to build a hydrogen-powered car.

Local leaders praised the development, and both the city and county said they'd pony up relocation incentives if DeLorean made good on its job-creation goals. However, the venture fell short of its staffing plans and has yet to begin rolling electric cars off an assembly line.

The company booked orders for its Alpha5 EV car by selling none-fungible tokens, or NFT's, for $2,500 to $3,000 on its website as deposits. NFTs are unique digital assets that exist on a blockchain and can't be reproduced or edited.

DeLorean raised at least $3 million in NFT deposits for the Alpha 5 since launching in 2022, according to available transaction information. However, depositors began **raising concerns** in October after DeLorean repeatedly failed to launch an exchange where customers could buy and sell their NFT's.

Radio silence from company executives about a production schedule for the Alpha 5 also raised alarm bells.

Those concerns escalated Monday morning.

Some depositors said on Facebook that they could no longer access their NFTs via DeLorean's website. Indeed, Florida resident Ken Brackins, who shelled out $5,000 for two Alpha5 build slots, told the *Current* Monday morning that he no longer had access to his tokens.

"I'm sure that somebody will come up with some kind of class action suit, but I wouldn't expect to recover anything," Brackins said. He also questioned whether the company will file for bankruptcy protection.

Even so, Brackins added that he's "not shocked" by the outcome, considering concerns he had about the company in recent months.

As of Monday, DeLorean had filed no petition with the San Antonio-based U.S. Bankruptcy Court for the Western District of Texas.



DeLorean signage at the company's corporate headquarters at Port San Antonio had been removed as of Monday, and it's offices appeared to be abandoned.
Credit: Michael Karlis

Port San Antonio officials declined comment on if or when DeLorean terminated the lease for its offices at 907 Billy Mitchell Blvd., Suite 103. A spokesman referred questions to Hull, the car company's CFO.

Jessica Serna, a partner at San Antonio-based KGB Texas, which once handled DeLorean's marketing and advertising, she couldn't comment on the EV venture's current situation since it's no longer a client. She didn't disclose when the agency stopped working with DeLorean.

The closure of DeLorean's Port San Antonio offices comes months after company officials sent out an email to investors announcing the company had made significant changes to its leadership. The company's initial CEO, Joost De Vries, had **resigned in December**.

"These changes have led to inspiring strategic initiatives, which we will share in 2024 along with any updates on future vehicles," executives wrote in the Jan. 31 message.

**Bexar County ended its incentive deal** with DeLorean a few weeks prior to the email.

Initially, DeLorean **pledged to create 450 jobs** at its San Antonio offices in exchange for about $1 million in tax breaks from the city and county. However, those hiring plans appeared to be stuck in neutral. The *Current* **reported in October** that DeLorean's LinkedIn information showed it only had 18 people on staff.

Alpha 5 depositor Thomas Vincent told the *Current* Monday that he wants Bexar County District Attorney Joe Gonzales to open an investigation into the car startup's funding.

"They shouldn't be allowing companies to operate like this," Vincent said.

Gonzales' office didn't immediately respond to requests for comment.

*Subscribe to SA Current newsletters.*

Follow us: **Apple News** | **Google News** | **NewsBreak** | **Reddit** | **Instagram** | **Facebook** | **Twitter**| Or sign up for our **RSS Feed**

## Related Stories



### DeLorean deal shows the need to develop San Antonio's economy instead of chasing pipe dreams

*Earlier this year, DeLorean officials asked to terminate a generous incentive deal the city offered to the startup.*



### San Antonio startup DeLorean misses a self-imposed marketing deadline

*DeLorean teased a marketing collaboration with Pepsi that was to have launched in December. Officials at both companies have been unavailable to discuss why that didn't happen.*



## Joost de Vries out as CEO of San Antonio startup DeLorean

*The company, which plans to resurrect the iconic sports car as an electric vehicle, has raised a little over $3 million in deposits for it's electrical vehicle, according to publicly available data.*



## Scaled-back launch plan, company silence raise concerns over San Antonio startup DeLorean

*The company said it's reintroducing an iconic '80s car as an electric vehicle, but some people who paid deposits now question whether it can deliver.*



## San Antonio startup DeLorean says it's still in operation despite quietly moving offices

*The electric vehicle company's CEO said it moved offices to be in a 'more centralized location' and disconnected its phone lines because 'no one used them.'*



## San Antonio startup DeLorean says it now has a host for customer deposits on its cars

*DeLorean plans to launch its long-delayed NFT exchange in August, but depositors are skeptical.*

This article appears in **Apr 17-30, 2024**.

© 2026 San Antonio Current

Powered by Newspack