# EXHIBIT 5

**LOCAL // TRENDING**

# Humble-based DeLorean faces $4.6 million judgment over electric car Alpha5

By **John Wayne Ferguson**, *Staff Writer*

Jan 12, 2026

   



The DeLorean Alpha5 Electric Vehicle at the 2022 Pebble Beach Concours d'Elegance in Pebble Beach, California, US, on Saturday, Aug. 20, 2022.
David Paul Morris/Bloomberg

🎧 Listen Now: DeLorean faces $4.6M judgment over Alpha5, the EV pitched by San Antonio firm

0:00    6:48    1x

Everlit

An Italian automobile design company has asked a federal judge in Houston to enforce a $4.6 million judgment against Humble-based DeLorean Motor Company, over claims that DeLorean failed to pay for work done to reimagine the famed car as an electric vehicle called Alpha5.

The firm, Italdesign Giugiaro S.p.A., last year received the judgment in its favor from an international arbitration court and on Jan. 2 filed a complaint in the U.S. District Court for the Southern District of Texas, asking Judge Keith P. Ellison to confirm the decision and have it enforced.

**MORE ON HOUSTONCHRONICLE.COM**: Ken Paxton accuses grocery stores of using pesticide on organic produce without customers' knowledge

ADVERTISEMENT
Article continues below this ad

 e-Edition    Account

The lawsuit seeks payment from the DeLorean Motor Company, the Humble-based business that since the '90s has owned DeLorean's name and branding, and has operated mostly as a repair shop for the classic cars. The lawsuit doesn't name DeLorean Reimagined LLC, the spin-off company based in San Antonio that advertised itself as the business behind the new Alpha5 model.

Joost de Vries, the one-time CEO of DeLorean Reimagined, and Stephen Wynne, the founder of DeLorean Motor Company, were both involved in the litigation in Europe, according to public records and the arbitrator's report.



**Want more Houston Chronicle?**

Make us a Preferred Source on Google to see more of us when you search.

**Add Preferred Source**

Representatives for Italdesign and DeLorean didn't respond to a request for comment on Monday. DeLorean hadn't filed a response to the claim as of Monday. An initial conference has been scheduled for April.

## Alpha5, DeLorean's electric vehicle project

Italdesign was hired in 2022 to design an electric version of the DeLorean.

ADVERTISEMENT
Article continues below this ad

In news releases announcing the partnership, the companies said the new four-seat sports car, the Alpha5, would feature the brand's iconic gull-wing doors and be able to reach speeds of 155 mph.

The Alpha5 was supposed to mark a rebirth for the company. Executives made appearances around San Antonio, hinted at the creation of a Texas-based factory and teased the car in a 15-second Super Bowl commercial.

Italdesign's founder, Giorgetto Giugiaro, designed the original iconic DeLorean DMC-12 in the 1970s. The Alpha5's sleeker design was said to be based on a concept for a model the original DeLorean Motor Company had before going bankrupt in 1982.

DeLorean concept car was showcased at a car show in Pebble Beach, California. Despite initial claims that the car would be in production by 2023, a final model and official pricing have not been announced.

Filings included in the complaint show that the dispute over payments began months after the public announcement of the new design.

The company said it was hired to create scale models, show cars and styling models, to conduct pre-concept development and provide event support, according to the lawsuit.

In July 2022, the design company billed DeLorean €4.3 million for the concept models that were revealed at the California car show. DeLorean made an initial payment of $500,000, according to the arbitrator's report, which was included in court records. In September, de Vries emailed the firm promising full payment by October.

The promises continued for months after that deadline, according to the report. In December 2022, de Vries wrote that he was hoping to receive good news regarding an investment. In February 2023, he reported that the company received "a couple of hundred thousand."

"Not enough to make a meaningful payment against our debt," he wrote.

A week later, he promised Italdesign that "big checks" were coming. They apparently never did. Italdesign took the motor company to court in early 2023. During the years-long process, DeLorean argued that it had never admitted to the debt "in full" and claimed it was unable to find documents related to its debts, according to the report.

The car company's arguments failed. The arbitrator in April 2025 decided in Italdesign's favor, writing that the firm is the "undoubted victor" and "certain winner" under the law. DeLorean was ordered to pay its debts, along with interest.

It's unclear if DeLorean has taken any steps to pay the company since last year's decision.

The dispute over payments came amid other public struggles for DeLorean. In the years since the Alpha5's announcement, the company scaled back its promises on how many cars it would initially build and was criticized for not updating customers who had made deposits for the Alpha5. In a sign of the times, early buyers were given NFTs, or nonfungible tokens, as their proof of purchase, rather than a receipt.

De Vries stepped down as CEO in October 2023.

In April 2024, the company closed its offices at Port San Antonio — where it had once received incentives to move amid promises of creating hundreds of jobs. The company's new lead said it now planned to be a niche automobile maker, rather than a competitor to Tesla and other larger companies.

Since then, there have been no new public updates on the development of the Alpha5.

Jan 12, 2026

 **John Wayne Ferguson**
REPORTER

  

John Wayne Ferguson is a general assignment and breaking news reporter for the Houston Chronicle. A graduate of the University of New Hampshire, John joined the Chronicle in 2022. He was previously a reporter at The Galveston County Daily News. Follow him on Twitter at @johnwferguson.

**Editor's Picks**



**RODEO**

## 12 fashion highlights from rodeo BBQ cook-off to inspire your style



**TRENDING**

## Drone carrying poster causes chaos at Houston polling location



**ELECTION 2026**

## Primary election results: Who won and lost across Houston?



**BUSINESS**

## What a $ looks lik

**Trending Videos**



New Rothko Chapel president calls for Houston to better honor...

01:30

Houston freeways are always under construction. Use our to...

00:47

How much food can you get for $50 at RodeoHouston?

00:43

Opinion: This is the drought-proof strategy changing Texas ranching

02:59

**Let's Play**

 SpellTower         Pile-Up Poker         Typeshift         Really Bad Chess         Flipart         Cross|word



Top

About

Contact

Services

Account

HEARST *newspapers*  © 2026 Hearst Newspapers, LLC   Terms of Use   |   Privacy Notice   |   DAA Industry Opt Out   |   Your Privacy Choices (Opt Out of Sale/Targeted Ads)