**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ITALDESIGN GIUGIARO S.P.A., | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:26-cv-00013 |
| DELOREAN MOTOR COMPANY, INC., | § | |
| | § | |
| *Respondent*. | § | |

## JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE

Petitioner Italdesign Giugiaro S.p.A. ("Italdesign") and Respondent DeLorean Motor Company, Inc. ("DeLorean") respectfully submit this Joint Motion for Entry of Briefing Schedule and, in support thereof, state as follows:

## NATURE OF THE PROCEEDING

This is a summary proceeding to confirm a foreign arbitral award under Chapter 2 of the Federal Arbitration Act, 9 U.S.C. §§ 201–208, which implements the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517 (the "New York Convention"). Italdesign prevailed in an international arbitration against DeLorean, captioned *Italdesign Giugiaro S.p.A. v. DeLorean Motor Company, Inc.*, International Centre for Dispute Resolution Case No. 01-23-0001-9491 (the "Arbitration"), which was seated in London, England. Through this action, Italdesign seeks confirmation of the arbitral award and entry of judgment in its favor consistent with the award. *See* Ex. 1 to Complaint, Dkt. 1-1. DeLorean has filed a motion to dismiss for improper venue, or in the alternative to transfer venue. *See* Dkt. 7. DeLorean also intends to assert defenses to confirmation under the New York Convention.

18352972v1

Because this case involves confirmation of a foreign arbitral award, it is a summary proceeding by nature. The New York Convention sharply limits the defenses available to a party resisting confirmation, and no discovery is necessary or appropriate. *See* 9 U.S.C. § 207 (court "shall confirm the award unless it finds one of the grounds for refusal or deferral of recognition or enforcement of the award specified in the said Convention"). All factual and legal issues will be resolved on the papers.

Given the summary nature of this proceeding, the parties agree that no discovery schedule is required. *See* Dkt. 13, JDCMP. The record for this Court's review consists of the arbitral award and the legal arguments of the parties. There is no need for additional fact discovery, expert discovery, or depositions. Accordingly, the parties respectfully request that the Court dispense with the typical scheduling order in favor of a streamlined briefing schedule.

## PROPOSED BRIEFING SCHEDULE

The parties have conferred and jointly propose the following briefing schedule for the dispositive motion on confirmation of the arbitral award:

1. **Italdesign's Motion to Confirm Arbitral Award:**

   [30 days from entry of scheduling order]

2. **DeLorean's Response:**

   [30 days after service of Italdesign's Motion]

3. **Italdesign's Reply:**

   [21 days after service of DeLorean's Response]

18352972v1

The parties agree that the requirements and page limits set forth in Judge Ellison's Procedures shall apply unless modified by further order of this Court.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court enter a briefing schedule consistent with the proposal set forth above.

Respectfully submitted,

By: */s/ Ray T. Torgerson*
Ray T. Torgerson
Attorney-in-Charge
Texas Bar No. 24003067
SDTX ID: 22846
Elliott J. Deese
Texas Bar No. 24121423
SDTX ID: 3723396
**PORTER HEDGES LLP**
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6650 – telephone
(713) 226-6250 – facsimile
rtorgerson@porterhedges.com
edeese@porterhedges.com

*Attorneys for Petitioner*
*Italdesign Giugiaro S.p.A.*

By: */s/ Marcellous S. McZeal (with permission)*
Marcellous S. McZeal
SDTX No.: 21271
State Bar of Texas #: 00798368
700 Louisiana St., 41st Floor
Houston, Texas 77002
(713) 255-3234 – Telephone
(713) 783-2502 – Facsimile
mmczeal@grealishmczeal.com

*Attorney for Respondent*
*DeLorean Motor Company, Inc.*

18352972v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served on all counsel of record via ECF on April 14, 2026.

/s/ Elliott J. Deese
Elliott J. Deese

18352972v1