**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ITALDESIGN GIUGIARO S.P.A., | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-00013 |
| | § | |
| DELOREAN MOTOR COMPANY, INC., | § | |
| | § | |
| *Respondent*. | § | |

**ORDER GRANTING JOINT MOTION**
**FOR ENTRY OF BRIEFING SCHEDULE**

Before the Court is the Joint Motion for Entry of Briefing Schedule (Dkt. 17) ("Joint Motion") filed by Petitioner Italdesign Giugiaro S.P.A. ("Italdesign") and Respondent DeLorean Motor Company, Inc. ("Delorean") (collectively, the "Parties"). Having considered the Joint Motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that the Joint Motion is GRANTED, and the following briefing schedule shall govern the proceedings in this matter:

1. Italdesign's Motion to confirm the arbitral award shall be filed within thirty (30) days from the date of entry of this Order;

2. DeLorean's Response shall be filed within thirty (30) days after service of Italdesign's Motion; and

3. Italdesign's Reply shall be filed within twenty-one (21) days after service of DeLorean's Response

It is further ORDERED that no discovery is authorized absent further order of the Court. The requirements and page limits set forth in Judge Ellison's Procedures shall apply unless otherwise ordered.

SIGNED at Houston, Texas, on _____, 2026.

UNITED STATES DISTRICT JUDGE
KEITH P. ELLISON