# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ITALDESIGN GIUGIARO S.P.A., | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:26-cv-00013 |
| DELOREAN MOTOR COMPANY, INC., | § | |
| | § | |
| *Respondent*. | § | |

**<u>DECLARATION OF EMANUELA FRANCO</u>**

Pursuant to 28 U.S.C § 1746, I hereby declare as follows:

1.  My name is Emanuela Franco, and I am the General Counsel of Italdesign Giugiaro S.p.A. ("Italdesign"), the Petitioner in this action. I provide this Declaration in support of Italdesign's Motion to Confirm Arbitral Award and For Entry of Final Judgment. I am over twenty-one years of age, of sound mind, and am in all ways competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2.  On April 28, 2023, Italdesign commenced arbitration proceedings against DeLorean before the International Centre for Dispute Resolution ("ICDR"), seated in London, England, and captioned as ICDR Case No. 01-23-0001-9491. On April 23, 2025, the arbitrator found that DeLorean breached the Master Project Agreement between the parties dated July 19, 2022 (the "MPA"), and rendered an award in Italdesign's favor against DeLorean (the "Award").

3.  Attached to the Motion as **Exhibit 1** is a true and correct copy of the Award, dated April 23, 2025, rendered in ICDR Case No. 01-23-0001-9491.

1

4.  Attached to the Motion as **Exhibit 2** is a true and correct copy of the MPA, dated July 19, 2022.

5.  To Italdesign's knowledge, DeLorean has not sought to vacate or set aside the Award in any jurisdiction. As of the date of this Declaration, DeLorean has failed to satisfy the Award. The amounts awarded remain due and owing in full.

6.  For purposes of converting the euro and British pound denominated amounts in the Award to United States dollars, I relied on the exchange rates published by the Board of Governors of the Federal Reserve System in its H.10 Foreign Exchange Rates release dated May 18, 2026, which reported a rate of $1.1627 per euro and $1.3332 per British pound. Applying those rates, the principal debt of €3,885,271.47 converts to $4,517,405.14, the legal costs of £291,873.60 convert to $389,125.88, and the disbursements of £4,732.27 convert to $6,309.06, while the arbitration costs of US$63,907.30 require no conversion.

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May  21 , 2026, at  Moncalieri, Turin Province  , Italy.


*Emanuela Franco*
/s/ _____

Emanuela Franco

2