United States District Court
Southern District of Texas

**ENTERED**

June 18, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ITALDESIGN GIUGIARO S.P.A.,** | § | |
| | § | |
| *Petitioner,* | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-00013** |
| | § | |
| **DELOREAN MOTOR COMPANY, INC.,** | § | |
| | § | |
| *Respondent.* | § | |

**ORDER**

Pending before the Court is Respondent's Motion to Dismiss (ECF No. 7). Parties have notified the Court that they have reached an agreement regarding this Motion. Accordingly, the Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 15th of June, 2026.

_____

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE